IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM GRIFFIN,

    Plaintiff,

v.                                CASE NO.: 4:11cv104-SPM/WCS

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER GRANTING LEAVE TO FILE REPLY

Upon consideration, Defendant's unopposed motion for leave to file a reply (doc. 15) is granted. Defendant shall have up to and including May 27, 2011, to file the reply.

SO ORDERED this 23rd day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge