IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIAM GRIFFIN,**

    **Plaintiff,**

**vs.**                                            **CASE NO. 4:11-cv-104/RS-WCS**

**GEICO GENERAL INS. CO.,**

    **Defendant.**
_____/

## **ORDER**

    Defendant's Motion for Judgment on the Pleadings or to Bifurcate and Stay Plaintiff's Claims for Punitive Damages and Request for Conference (Doc. 7) is **DENIED**.

**ORDERED** on June 23, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**