# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIAM GRIFFIN,**

    **Plaintiff,**

**vs.**	**CASE NO. 4:11-cv-104/RS-WCS**

**GEICO GENERAL INS. CO.,**

    **Defendant.**

_____/

## ORDER

Plaintiff's Motion to Strike GEICO's Reply (Doc. 21) is **Denied as moot**.

**ORDERED** on June 24, 2011.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**