IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM GRIFFIN,

    Plaintiff,

vs.                                     CASE NO. 4:11-cv-104/RS-WCS

GEICO GENERAL INS. CO.,

    Defendant.

_____/

## ORDER

The relief requested in Defendant's Motion for Leave to File Amended Answer and Affirmative Defenses (Doc. 31) is **GRANTED**. As such, Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Leave (Doc. 32) is **DENIED as moot**. Defendant shall file the amended answer not later than July 25, 2011.

**ORDERED** on July 6, 2011.

                                                    /S/ Richard Smoak
                                                   **RICHARD SMOAK**
                                                   **UNITED STATES DISTRICT JUDGE**