IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM E. GRIFFIN,

        Plaintiff,

vs.                                           CASE NO. 4:11cv104/RS-WCS

GEICO GENERAL INSURANCE
COMPANY,

        Defendant.

_____/

## ORDER

Before me are Plaintiff's Unopposed Motion For Extension To Serve His Expert Report (Doc. 46) and Defendant's Response And Motion For Extension Of Additional Deadlines (Doc. 47).

**IT IS ORDERED** that the Scheduling and Mediation Order is amended as follows:

1. Plaintiff's expert report shall be served no later than October 14, 2011.

2. Defendant's expert report shall be served no later than November 14, 2011.

3. All discovery shall be completed not later than December 1, 2011.

4. Dispositive motions shall be filed not later than December 15, 2011.

**ORDERED** on September 12, 2011.

                                                   /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**